# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| Lunsford v. Surgical Associates, Inc. . . . . . . . . . . . . . . . . | CAAP–12–00 00484 | 07/19/2013 | Affirmed |
| Federal Home Loan Mortg. Corp. v. Coito . . . . . . . . . . . | CAAP–12–00 00737 | 07/19/2013 | Vacated, Remanded and Dismissed |
| Redemption Bible College v. International Pentecostal Holiness Church . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 29836 | 07/23/2013 | Vacated and Remanded |

| | | | | |
|---|---|---|---|---|
| Kekona v. Bornemann . . . . . . . . . . . | 29036 | 07/10/2013 | Denied | 130 Hawai'i 58, 305 P.3d 474 |
| Simmons v. Aqua Hotels and Resorts, Inc. . . . . . . . . . . . . . . . . . . . . . . | CAAP–12–00 00836 | 09/13/2013 | Denied | 130 Hawai'i 325, 310 P.3d 1026 |
| Ryan v. Palmer. . . . . . . . . . . . . . . . . | CAAP–12–00 00697 | 09/12/2013 | Granted in part and Denied in part | 130 Hawai'i 321, 310 P.3d 1022 |
| State v. DeMello . . . . . . . . . . . . . . . . | CAAP–10–00 00173 | 09/12/2013 | Denied | 130 Hawai'i 332, 310 P.3d 1033 |